# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00080-CR

**John S. Young, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT
## NO. B-17-0081-SB, HONORABLE MARTIN "BROCK" JONES, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

John S. Young was charged with two counts of forgery, one count of theft, and one count of money laundering. *See* Tex. Penal Code §§ 31.03, 32.21, 34.02. During trial, Young pleaded not guilty to all four charges. At the end of the trial, the jury found Young guilty of all four charges. Following his convictions, Young filed a motion for new trial. After conducting a hearing on the motion, the district court denied the motion. Young requested that the district court issue findings of fact and conclusions of law supporting its ruling. The clerk's record in this case contains extensive findings of fact and conclusions of law that the district court appears to have issued, but the findings and conclusions included in the record are not signed by the district court.

Based on the record before this Court, we abate this case to allow the district court the opportunity to submit signed findings of fact and conclusions of law pertaining to its ruling on

the motion for new trial. Accordingly, the district court is instructed to prepare a supplemental clerk's record containing signed findings of fact and conclusions of law. Alternatively, if the district court did not intend to prepare and sign findings and conclusions in this case, it shall inform this Court of that decision by having the district court's clerk's office prepare a status report to that effect. Accordingly, a supplemental clerk's record containing signed findings of fact and conclusions of law or a status report must be filed with this Court by May 24, 2019. *See* Tex. R. App. P. 34.5(c) (stating that if appellate court "orders the trial court to prepare and file findings of fact and conclusions of law as required by law, . . . the trial court clerk must prepare, certify, and file in the appellate court a supplemental clerk's record containing those findings and conclusions").

It is ordered on May 13, 2019.


Before Justices Goodwin, Baker, and Triana

Abated and Remanded

Filed:  May 13, 2019

Do Not Publish